## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

FATAI A. ADETUNJI, Inmate #A72-824-955,  )
)
)
          Petitioner,  )
)
vs.  )
)     **CIVIL NO. 06-814-DRH**
ALBERTO GONZALES, MICHAEL )
CHERTOFF, DEBORAH ACHIM, and )
WARDEN OF THE DETENTION )
FACILITY,  )
)
          Respondent.  )

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Petitioner, an inmate in the Tri-County Detention Center in Ulin, Illinois, brings this habeas corpus action pursuant to 28 U.S.C. § 2241.  He claims that he has been ordered removed to his native Nigeria by Immigration and Customs Enforcement, but that instead of being removed within a reasonable time, he is being held, indefinitely, at the immigration detention facility without any meaningful review of his continued confinement.

**IT IS HEREBY ORDERED** that Respondents shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue.  Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

This order is entered now due to the exigent circumstances of this case despite the fact that Petitioner has not paid the $5.00 filing fee as directed by the Clerk of Court. Petitioner is hereby ordered to pay said filing fee within twenty-three (23) days.

**IT IS SO ORDERED.**

**DATED:  November 9, 2006**

/s/    David  RHerndon
**DISTRICT JUDGE**