**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **FATAI A. ADETUNJI,** | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| vs | ) | NO. 06-814-CJP |
| | ) | |
| **ALBERTO GONZALES, et al.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

Upon consent of the parties, this matter has been assigned to undersigned for final disposition, pursuant to 28 U.S.C. §636(c).  See, Docs. 8, 13, and 14.

It appearing to the Court that the Petitioner has failed to pay the filing fee as ordered by United States District Judge David R. Herndon on November 9, 2006, (Doc. 5) and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the petition filed herein is dismissed without prejudice for failure of Petitioner to properly prosecute.   The Clerk of Court is directed to enter judgment dismissing this action without prejudice.

Dated this 23rd day of August, 2007.

  s/Clifford J. Proud
 **CLIFFORD J. PROUD
 UNITED STATES MAGISTRATE JUDGE**