IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FATAI A. ADENTUNJI, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) NO. 06-814-CJP |
| ALBERTO GONZALES, MICHAEL CHERTOFF, DEBORAH ACHIM, and WARDEN, | ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice in accordance with an Order entered by United States Magistrate Judge Clifford J. Proud on August 23, 2007, (Doc. 18).

**DATED** this 23rd day of August, 2007.

NORBERT G. JAWORSKI, CLERK

BY: S/ Angela Vehlewald
         Deputy Clerk

Approved by     S/ Clifford J. Proud
         United States Magistrate Judge
             Clifford J. Proud